# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM,<br><br>            Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Secretary of CDCR,<br><br>            Respondent. | Case No. EDCV 09-2340-RSWL (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 17, 2012

*RONALD S.W. LEW*

RONALD S. W. LEW
SENIOR U.S. DISTRICT COURT JUDGE